IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAWNMARIE HART,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

8:26CV57

ORDER

This matter is before the Court on plaintiff Dawnmarie Hart's ("Hart") Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2). Upon careful review of the request, Hart's application (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

IT IS SO ORDERED.

Dated this 11th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge